# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **Casey Haarsma**, | ) | |
| | ) | Case No. 1:09-cv-1148 |
| Plaintiff, | ) | |
| | ) | Hon. Janet T. Neff |
| v. | ) | |
| | ) | |
| **Allied Interstate, Inc.,** | ) | |
| a Minnesota corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### Proof of Service

On February 8, 2010, I served *Plaintiff's First Interrogatories to Defendant Allied Interstate, Inc., Plaintiff's First  Document Production Requests to Defendant Allied Interstate, Inc.,* and this related *Proof of Service* on defendant by mailing the same to defendant's attorney of record at the following address:

Charity A. Olson
22142 West Nine Mile Road
Southfield, Michigan 48033

Dated: February 8, 2010

/s/  Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
40 Pearl Street, N.W., Suite 336
Grand Rapids, Michigan 49503-3026
(616) 776-1176
ConsumerLawyer@aol.com